UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES MUCHERU, | ) | 1:07-CV-00690 OWW JMD HC |
|         Petitioner, | ) ) | |
|    v. | ) ) | ORDER REQUIRING UPDATE ON CASE STATUS |
| ALBERTO GONZALES, et al., | ) ) | |
|         Respondents. | ) ) ) | |

    Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On May 8, 2007, Petitioner filed the instant petition. At that time, Petitioner was being detained by the United States Bureau of Immigration and Customs Enforcement ("ICE") pending removal from the United States. The petition asserts that Respondent lacks the statutory authority to indefinitely detain Petitioner and that his continuing detention violates his due process rights.

    On July 23, 2007, Respondent filed an answer to the petition. Respondent claimed that Petitioner's detention was lawful and that there was a significant likelihood that Petitioner would be removed in the reasonably foreseeable future, as Respondent was "actively working with Kenya to

effectuate [Petitioner's] removal." (Answer at 5.)

It has been nearly fourteen months since Respondent filed its answer. During that period, the Court has not received an update on the status of Petitioner's removal or any indication of whether he is still in custody. The Court will therefore order Respondent to provide an update on the status of Petitioner's removal to determine whether a controversy still exists and to ensure that any pending issues are properly addressed.

Accordingly, the Court HEREBY ORDERS Respondent to provide the Court with an update on the status of Petitioner's removal within 20 days of the date of service of this order.

IT IS SO ORDERED.

**Dated:    September 15, 2008**            /s/ John M. Dixon
                                             UNITED STATES MAGISTRATE JUDGE